## Nos. 20-10318, 20-10347

### In the

# United States Court of Appeals
## For the Ninth Circuit

———————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

SHARMISTHA BARAI; SATISH KARTAN,

*Defendants-Appellants.*

———————————

On Appeal from the United States District Court
for the Eastern District of California, Sacramento
Honorable Morrison C. England, Jr., Senior District Judge
Case No. 2:16-cr-00217-MCE

———————————

### MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF THE UNITED STATES AND AFFIRMANCE

———————————

Lindsey N. Roberson
Alyssa C. Wheeler
THE HUMAN TRAFFICKING
  INSTITUTE
2701 Prosperity Avenue
Suite 405
Fairfax, VA 22031
T: (785) 248-3509

Sean A. McClelland*
Carolyn J. Appel
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Washington, D.C. 20006
T: (202) 828-2838

*\*Not admitted in DC; admitted in
IL. Application for admission to the
DC bar filed; working under the
direct supervision of an enrolled,
active member of the DC bar*

Virginia M. Bruner
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4372

*Counsel for Movant–Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), The Human Trafficking Institute ("HTI") is a nonprofit nonstock corporation. HTI does not have a parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: November 23, 2021   Respectfully submitted,

*/s/ Virginia M. Bruner*
Virginia M. Bruner

*Counsel for Amicus Curiae*
*The Human Trafficking Institute*

i

Pursuant to Federal Rule of Appellate Procedure 29(b)(3) and Circuit Rule 29-3, The Human Trafficking Institute ("HTI"), by and through undersigned counsel, respectfully seeks leave to file the accompanying *amicus curiae* brief in support of Appellee the United States of America. HTI endeavored to obtain the consent of all parties to the filing of this brief before moving the Court for leave to file the proposed brief. The Government has consented to the filing of this brief; Defendants-Appellants, through counsel, have not consented and have indicated they will oppose.

HTI exists to decimate human trafficking at its source by empowering criminal justice systems to stop human traffickers. HTI's leadership has extensive experience investigating and prosecuting human trafficking crimes throughout the United States. This experience includes briefing and arguing for sentences under the U.S. Sentencing Guidelines and addressing legal issues surrounding human trafficking penalties. In addition, HTI created and maintains a comprehensive database of over 2,000 federal human trafficking cases and publishes the *Federal Human Trafficking Report* each year, which analyzes key findings and emerging trends in trafficking prosecutions, including data on sentences for traffickers. Cases that implicate the methods by which traffickers compel labor, and the victim vulnerabilities targeted by traffickers, are, therefore, of great importance to HTI.

1

## REASONS FOR AND RELEVANCE OF THE HUMAN TRAFFICKING INSTITUTE *AMICUS CURIAE* BRIEF

HTI seeks to file an *amicus* brief in this case to explain to the Court the role that nonphysical harm and threats of harm play in coercing labor. The modern human trafficking statutes evolved out of a need by Congress to clarify that coercing labor through non-physical means, without locked doors or beatings, is in fact labor trafficking. Traffickers employ a variety of tactics to compel a victim to fear reputational, psychological, legal, and other harms in order to keep the victim performing labor or services for fear of suffering those harms. In their briefs, Appellants argue that there was insufficient evidence because the victims were not physically locked inside, and because of the length of the victimization. The proposed *amicus* brief explains how the modern labor trafficking laws are designed to capture schemes of coercion that are both physical and psychological, as was executed by Appellants.

HTI further seeks to file an *amicus* brief to discuss the applicability of the vulnerable victim enhancement in the context of labor trafficking cases. While Appellant Kartan would create a heightened bar to the applicability of the enhancement for labor trafficking victims, the case law, statutory language, Sentencing Commission, and nature of victimization make clear that the analysis for the application of the enhancement is the same in forced labor offenses as any other scheme employed to target victims for their vulnerabilities.

HTI is well positioned to provide this relevant background information to the Court, given its purpose and involvement in human trafficking issues, as well as its history of filing amicus briefs in human trafficking cases to provide similar context. *See, e.g., Jane Doe No. 1. v. Backpage.com, LLC*, 137 S. Ct. 622 (2017) (mem.); *United States v. Carter*, 960 F.3d 1007 (8th Cir. 2020), *cert. denied sub nom. Williams v. United States*, 141 S. Ct. 577 (2020); *Farah v. Weyker*, 926 F.3d 492 (8th Cir. 2019); *United States v. Valdez*, No. 19-12522-BB (11th Cir. Aug. 21, 2020); *United States v. Streb*, No. 20-3028 (8th Cir. Feb. 5, 2021).

For these reasons, HTI respectfully requests that the Court accept this *amicus curiae* brief.

Dated: November 23, 2021        Respectfully submitted,

/s/ Virginia M. Bruner

Sean A. McClelland*
Carolyn J. Appel
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Washington, D.C. 20006
T: (202) 828-2838
F: (202) 828-2979
smcclelland@mcguirewoods.com
cappel@mcguirewoods.com

*Not admitted in DC; admitted in IL.
Application for admission to the DC bar

3

*filed; working under the direct supervision of an enrolled, active member of the DC bar*

Lindsey N. Roberson
Alyssa C. Wheeler
THE HUMAN TRAFFICKING INSTITUTE
2701 Prosperity Avenue
Suite 405
Fairfax, VA 22031
T: (785) 248-3509
lindsey.roberson@traffickinginstitute.com
alyssa.currier@traffickinginstitute.com

Virginia M. Bruner
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4372
F: (804) 698-2113
vbruner@mcguirewoods.com

*Counsel for Amicus Curiae
The Human Trafficking Institute*

## <u>CERTIFICATE OF COMPLIANCE</u>

1.     This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 571 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2.     This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

Dated: November 23, 2021          */s/ Virginia M. Bruner*
                                  Virginia M. Bruner

                                  *Counsel for Amicus Curiae*
                                  *The Human Trafficking Institute*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 23, 2021, the foregoing was filed with the Clerk of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

/s/ *Virginia M. Bruner*
Virginia M. Bruner

*Counsel for Amicus Curiae*
*The Human Trafficking Institute*